■ NEFTALI MENDOZA, Appellant, v CITY OF NEW YORK et al., Respondents. [888 NYS2d 887]

The drastic sanction sought by plaintiff was properly denied for failure to show that defendants' delays in meeting its disclosure obligations were willful and contumacious (*see Mangual v New York City Tr. Auth.*, 48 AD3d 212 [2008]). Concur—Tom, J.P., Nardelli, Renwick and Freedman, JJ.